## LESTER C. NEWTON TRUCKING CO. *v.*
## UNITED STATES ET AL.

No. 328.   Decided October 16, 1967.

*H. Charles Ephraim* for appellant.

*Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Robert W. Ginnane* and *John E. Faulk* for the United States et al.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

MR. JUSTICE HARLAN and MR. JUSTICE WHITE would note probable jurisdiction and set the case for oral argument.

MR. JUSTICE MARSHALL took no part in the consideration or decision of this case.